

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ASHLEE J. STRAKER, | § | No. 08-14-00112-CR |
| | § | |
| Appellant, | § | Appeal from the |
| | § | |
| v. | § | Criminal District Court No. 3 |
| | § | |
| THE STATE OF TEXAS, | § | of Tarrant County, Texas |
| | § | |
| State. | § | (TC# 1310230D) |
| | § | |

# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **August 28, 2014**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Brian W. Salvant, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before August 28, 2014.

IT IS SO ORDERED this 6th day of August, 2014.

PER CURIAM

Before McClure, C.J., Rivera, and Rodriguez, JJ.